IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 11-89 |
| | ) | |
| THOMAS DAVID STEINER | ) | |

## **ORDER OF COURT**

AND NOW, to-wit, this 13th day of September, 2012, upon consideration of defendant's Motion to Order Pre-Sentence Report Prior to Plea, IT IS HEREBY ORDERED that said motion be, and the same hereby is, GRANTED. The United States Probation Office shall forthwith prepare a presentence report on criminal history, which shall be provided to the Court and parties, by November 12, 2012.

IT IS FURTHER ORDERED that period of time to file any pretrial motions referred to in Local Criminal Rule 12.1 is extended to December 12, 2012.

IT IS FURTHER ORDERED that, for the reasons stated in the Motion, specifically to allow time for the United States Probation Office to gather adequate information in order to allow defense counsel to provide more accurate advice to Mr. Steiner prior to trial or entry of a plea of guilty, the period delay occasioned by the granting of the Motion to December 12, 2012 shall be deemed excludable delay under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

s/Gary L. Lancaster
_____
Gary L. Lancaster
Chief United States District Judge

cc: Counsel of Record
    U.S. Probation Office